FLETCHER, ETC. ET AL *v.* THE NATIONAL
BREWING COMPANY

[No. 109, September Term, 1969.]

*Decided November 11, 1969.*

The cause was argued before HAMMOND, C. J., and
BARNES, FINAN, SINGLEY, and SMITH, JJ.

*Frank B. Cahn, II,* with whom were *Pollack, Cahn &
Rosenthal* on the brief, for appellants.

*James R. Eyler,* with whom was *Benjamin C. Howard*
on the brief, for appellee.

PER CURIAM.

The claims in this case were grounded both on breach
of warranty and on negligence. The trial court sustained
a demurrer to the warranty counts and the plaintiffs
appealed. The appellee moved to dismiss the appeal as
taken from an interlocutory judgment. The situation is
just like that in *Harkins v. August,* 251 Md. 108, 112
where the premature appeal was dismissed.

*Appeal dismissed with costs.*